No. 935. NATIONAL DAIRY PRODUCTS CORP. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *John T. Chadwell, Richard W. McLaren* and *Martin J. Purcell* for petitioner. *Solicitor General Griswold, Assistant Attorney General Turner* and *Raymond P. Hernacki* for the United States. ■■

No. 983. BATTLE MOUNTAIN CO. *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *William Braly Murray* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis* and *A. Donald Mileur* for respondent. ■■

No. 992. SCALES ET AL. *v.* RIDDELL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Ernest R. Mortenson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Robert N. Anderson* and *Robert I. Waxman* for respondent.

No. 1009. HANNAHVILLE INDIAN COMMUNITY ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Robert C. Bell, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis* and *A. Donald Mileur* for the United States. ■■

No. 1033. POWELL *v.* NATIONAL SAVINGS & TRUST CO. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.